United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS MANUEL RODRIGUEZ PEREZ,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-312** |
| | § | |
| **PAMELA BONDI, Et Al.,** | § | |
| | § | |
| Respondents. | § | |

**ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243**

The Court is in receipt of a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. No. 5. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243.

To facilitate the progress of this petition pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted by **no later than November 2, 2026**. Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. TEX. L.R. 7.1-7.4. Respondents are **ORDERED** to identify the statutory authority under which Petitioner is detained and to respond to the most recent petition filed in this case.

The Court advises all parties to provide timely updates to this Court of any immigration proceedings involving this Petitioner. If Petitioner is transferred, removed or released during the pendency of this suit, the parties are ordered to notify this Court within three days. If the Petitioner is pending a removal order, the parties are ordered to timely notify the Court of an entry of removal order and/or a finalization of a removal order.

The Clerk of Court is **DIRECTED** to deliver copies of Petitioner's § 2241 Petition [Dkt. No. 5], along with this Order, to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

**SO ORDERED.**

**SIGNED** on this **19th** day of **October, 2026**, at Brownsville, Texas.

____________________________________
**Ignacio Torteya, III**
**United States Magistrate Judge**