United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS MANUEL RODRIGUEZ PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-312 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Carlos Manuel Rodriguez Perez filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing.

On November 2, 2026, Respondents informed the Court that Petitioner had been removed from the United States and moved to dismiss Petitioner's claims as moot. (*See* Advisory, Doc. 9; Motion to Dismiss, Doc. 10) As Petitioner in no longer within Respondents' custody, his habeas action is rendered moot. As a result, it is:

**ORDERED** that Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus as Moot (Doc. 10) is **GRANTED**; and

**ORDERED** that Petitioner Carlos Manuel Rodriguez Perez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on November 3, 2026.

Fernando Rodriguez, Jr.
United States District Judge